# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RACHEL JENNINGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-0347-CVE-PJC |
| | ) |
| **AAON, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

This matter has come before the Court for consideration and an Opinion and Order granting summary judgment in favor of defendant AAON, Inc. has been entered. Judgment for the defendant and against the plaintiff is hereby entered pursuant to the Court's Opinion and Order.

**IT IS SO ORDERED** this 1st day of June, 2015.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE