**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RACHAEL JENNINGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 14-CV-347-CVE-PJC |
| | ) |
| **AAON INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**RELEASE AND SATISFACTION OF JUDGMENT**

Defendant AAON, Inc. ("AAON") acknowledges that it has received satisfaction of the judgment that was entered in this case on June 1, 2015. Accordingly, AAON does hereby release, acquit and forever discharge the Plaintiff, Rachael Jennings, from any and all liability to and demand of Defendant with respect to the judgment that was rendered in this matter.

Dated this 21st day of September, 2015.

Respectfully submitted,

s/Mary L. Lohrke
Mary L. Lohrke, OBA #15806
Stephanie Johnson Manning, OBA #18741
Titus Hillis Reynolds Love
  Dickman & McCalmon
15 East 5th Street, Suite 3700
Tulsa, Oklahoma  74103
Phone:  918-587-6800
Fax:   918-587-6822
***Attorneys for Defendant, AAON, Inc.***

2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of September, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

    Jeanne Walpole Coulter
    Ivan Randall Orndorff

    s/Mary L. Lohrke